# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | CASE NO. 2:18-CR-0183 |
| Plaintiff, : | |
| : | CHIEF JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | |
| JOSEPH HARVEY WARD, III, : | |
| : | |
| Defendant. : | |

## ORDER

This matter comes before the Court on the Defendant's Motion to Dismiss the Second Superseding Indictment and the Government's Motion to Dismiss the Superseding Indictment with Prejudice, both filed on September 21, 2020. (ECF Nos. 87 and 88). The Court finds the Government's motion to dismiss all counts of the Superseding Indictment against the Defendant, Joseph Harvey Ward, III, well-taken and this Motion is **GRANTED**. Having granted the Government's Motion, Defendant's motion is now **MOOT**. Accordingly, Mr. Ward is ordered to be released from the custody of the U.S. Marshals.

**IT IS SO ORDERED.**

      /s/ Algenon L. Marbley  
**ALGENON L. MARBLEY**  
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  September 21, 2020**